UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED - MQ
March 14, 2012 2:00 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __slk__ Scanned by

UNITED STATES OF AMERICA,

   Plaintiff,

v.

RENITA LYNN DOMPIER,

   Defendant.
_____/

No. **2:12-cr-13**

Hon. **Robert Holmes Bell**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
### (Embezzlement of Labor Organization Assets)

From in or about March 2007 to in or about August 2009, in Baraga County, in the Northern Division of the Western District of Michigan,

**RENITA LYNN DOMPIER,**

being an officer of the International Association of Machinists and Aerospace Workers, Woodworkers Local Lodge W-283, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use approximately $8,725.99 of the money and funds of said labor organization.

29 U.S.C. § 501(c)
29 U.S.C. § 402(i), (j), (n)
29 CFR § 451.2

## COUNT 2
### (Falsification of Annual Financial Report Filed By Labor Organization)

1. At all times material to this Indictment, the International Association of Machinists and Aerospace Workers, Woodworkers Local Lodge W-283, was a labor organization in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j).

2. On or about March 30, 2009, in Baraga County, in the Northern Division of the Western District of Michigan,

**RENITA LYNN DOMPIER**

did make a false statement and representation of a material fact, knowing it to be false, in a report and document required to be filed with the Secretary of Labor by the International Association of Machinists and Aerospace Workers, Woodworkers Local Lodge W-283, pursuant to Section 431 of Title 29, United States Code, that is, the amount of disbursements to herself in the annual financial report Form LM-3 for the fiscal year ending December 31, 2008.

**29 U.S.C. § 439(b)**

2

## COUNT 3
### (Falsification of Financial Records Required to Be Kept by Labor Organization)

1. At all times material to this Indictment, the International Association of Machinists and Aerospace Workers, Woodworkers Local Lodge W-283, was a labor organization in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j).

2. From in or about March 2007 to in or about August 2009, in Baraga County, in the Northern Division of the Western District of Michigan,

### RENITA LYNN DOMPIER

did willfully make and cause to be made false entries in records required to be kept by Section 436 of Title 29, United States Code, that is, the nature of disbursements to herself in disbursement ledgers and monthly financial reports, which are records on matters required to be reported in the annual financial report of the International Association of Machinists and Aerospace Workers, Woodworkers Local Lodge W-283, required to be filed with the Secretary of Labor.

**29 U.S.C. § 439(c)**

3

## FORFEITURE ALLEGATION
### (Embezzlement of Labor Organization Assets)

The allegations contained in Count 1 of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 29 U.S.C. § 501(c) set forth in Count 1 of the Indictment, the defendant,

**RENITA LYNN DOMPIER,**

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

1. MONEY JUDGMENT: Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), a sum of money equal to at least $8,725.99, which constitutes or is derived from proceeds obtained, directly, or indirectly, as a result of the offense charged in the Felony Information.

2. SUBSTITUTE ASSETS: Pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), the United States shall be entitled to forfeiture of substitute property up to the value of the above-forfeitable property if, by any act or omission of the defendant, the above-forfeitable property, or any portion thereof,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty.

**18 U.S.C. § 981(a)(1)(C)**
**28 U.S.C. § 2461(c)**
**21 U.S.C. § 853(p)**

A TRUE BILL

*Michael Cope*
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

PAUL D. LOCHNER
Assistant United States Attorney

5